IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

RASHAD SHERIFE OLIPHANT,

    Plaintiff,

v.                                                    CASE NO. 5:12-cv-00343-MP-CJK

J. ELLIS, et al.,

    Defendants.

_____/

## O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 13, 2012. (Doc. 7). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This case is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(g) and all pending motions are DENIED as moot.

**DONE AND ORDERED** this   *3rd* day of January, 2013

                                                      *s/Maurice M. Paul*
                                                  Maurice M. Paul, Senior District Judge